Megan A. Maitia (Bar No. 285271)
megan@summallp.com
Jennifer L. Williams (Bar No. 268782)
jenn@summallp.com
Hayley E. Huntley (Bar No. 351438)
hayley@summallp.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, CA 91030
Tel.: (213) 260-9455
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | Case No.: 2:25-cv-03650-DMG (MAAx)<br><br>**JOINT STIPLUATION TO MODIFY BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO REMAND; AND TO MODIFY DEFENDANTS' RESPONSE DEADLINE**<br><br>State Complaint Served:<br>April 2, 2025<br><br>Notice of Removal Filed:<br>April 24, 2025 [Dkt. 1]<br><br>Trial Date: Not yet set |

Plaintiff Grace O'Marcaigh and Defendants Christian Combs and Sean Combs (collectively, the Parties) stipulate as follows:

1. On April 4, 2024, Plaintiff filed the Initial Complaint in the Superior Court of the State of California for the County of Los Angeles, *O'Marcaigh v. Combs et al.*, Los Angeles Superior Court Case No. 24STCV08571.

2. On April 2, 2025, Defendants, through counsel, accepted service of the Summons and Complaint.

3. On April 24, 2025, Defendants filed a timely Notice of Removal in this Court. [Dkt. 1.] Defendants' current deadline to file a responsive pleading is May 30, 2025. [Dkt. 11.]

4. On May 23, 2025, Plaintiff filed a timely Motion to Remand this matter to state court. The current briefing schedule is as follows:

| | |
|---|---|
| Defendants' opposition brief due: | May 30, 2025 |
| Plaintiff's reply brief due: | June 6, 2025 |
| Motion hearing: | June 20, 2025 |

5. On May 22, 2025, the Parties met and conferred on Plaintiff's Motion to Remand and Defendants' responsive pleadings, which Defendants anticipate will include a Rule 12(b)(6) motion to dismiss and a motion to transfer venue to the United States District Court of the Virgin Islands. If the Motion to Remand is granted, then Defendants' responsive pleadings in this case, pending in the Central District of California may be mooted.

6. The Parties agree to resolve Plaintiff's Motion to Remand first and then, if the Motion to Remand is denied, Defendants will file their responsive pleadings in this case. This is the Defendants' second extension of their deadline to file responsive pleadings. [Dkt. 11.] Plaintiff has also agreed to modify the briefing schedule to accommodate a conflict with Defendants' counsel schedule on June 20, 2025, the current hearing date for Plaintiff's Motion to Remand, as well as the Parties other scheduling conflicts. Finally, the Parties agree that the Scheduling Conference should

be continued from June 27, 2025 to a later date convenient for the Court, so that the Scheduling Conference is after the hearing on Plaintiff's Motion to Remand.

7. The Parties' agreement here is not for purposes of delay. Rather, the Parties aim to move this case forward efficiently while preserving the resources of the Parties and the Court. The Parties' agreement is without prejudice to any defenses, contentions, and remedies, all of which are expressly preserved. The Parties' agreement also preserves Defendants' response deadline, unless otherwise extended by agreement of the Parties and order of the Court, regardless of the forum where this action is ultimately litigated.

Based on these recitals, the Parties stipulate to the following modified schedule:

| | |
|---|---|
| Defendants' Opposition to Motion to Remand: | June 20, 2025 |
| Plaintiff's Reply in support of Motion to Remand: | June 27, 2025 |
| Hearing on Plaintiff's Motion to Remand: | July 11, 2025 |
| *** | |
| Defendants' Responsive Pleadings Due: | 21 days after ruling on Motion to Remand, *if necessary* |
| Scheduling Conference: | On or after August 15, 2025, or a date convenient for the Court |

SO STIPULATED.

Dated: May 29, 2025     SUMMA LLP

/s/ Megan Maitia
Megan A. Maitia
Jennifer L. Williams
Hayley E. Huntley

*Attorneys for Defendants Christian Combs and Sean Comb*

Dated:  May 29, 2025

IVIE McNEILL WYATT PURCELL & DIGGS

 /s/ Rodney S. Diggs
Rodney S. Diggs

*Attorneys for Plaintiff Grace O'Marcaigh*

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on May 29, 2025 in Los Angeles, California.

Megan A. Maitia