Megan A. Maitia (Bar No. 285271)
megan@summallp.com
Jennifer L. Williams (Bar No. 268782)
jenn@summallp.com
Hayley E. Huntley (Bar No. 351438)
hayley@summallp.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, CA 91030
Tel.: (213) 260-9455

*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | Case No.: 2:25-cv-03650-DMG (MAAx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPLUATION TO MODIFY BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO REMAND; AND TO MODIFY DEFENDANTS' RESPONSE DEADLINE** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Parties' Stipulation to modify the briefing schedule on Plaintiff's motion to remand, Defendants' response deadline, and the Schedule Conference is GRANTED. The new schedule and deadlines are as follows:

| | |
|---|---|
| Defendants' Opposition to Motion to Remand: | June 20, 2025 |
| Plaintiff's Reply in support of Motion to Remand: | June 27, 2025 |
| Hearing on Plaintiff's Motion to Remand: | July 11, 2025 |
| *** | |
| Defendants' Responsive Pleadings Due: | 21 days after ruling on Motion to Remand, *if necessary* |
| Scheduling Conference: | August 15, 2025 [       ] |

IT IS SO ORDERED.

Dated: _____

Honorable Dolly M. Gee
United States District Judge

1
[PROPOSED] ORDER