1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11 GRACE O'MARCAIGH, an individual,

Case No. CV 25-3650-DMG (MAAx)

12
Plaintiff,

13
**ORDER RE JOINT STIPULATION
TO PROCEED IN FEDERAL
COURT AND TO MODIFY
SCHEDULE [16]**

14 v.

15 CHRISTIAN COMBS, an individual,
SEAN COMBS, an individual, and JOHN

16 and JANE DOES 1-10 and ABC
CORPORATIONS 1-10,

17

18
Defendants.

19

20

21

22

23

24

25

26

27

28

Having reviewed and considered the Parties' Joint Stipulation to Proceed in the United States District Court for the Central District of California and to Modify Schedule, and finding good cause therefor, the Court hereby **APPROVES** the stipulation and **ORDERS** as follows:

1. Plaintiff withdraws her Motion to Remand [Doc. # 13], the July 11, 2025 hearing on the Motion to Remand is **VACATED**, and the action shall therefore remain in this Court;[1]

2. Defendants shall file a response (by answer or motion), reserving all defenses, except improper service of process and improper venue, to Plaintiff's Complaint by **no later than July 25, 2025**; and

3. In accordance with the Parties' stipulation, Defendants shall not be permitted to file a motion to transfer or change venue.

**IT IS SO ORDERED.**

DATED:  June 24, 2025

_____
DOLLY M. GEE
Chief United States District Judge

---

[1] Because the parties cannot stipulate to subject matter jurisdiction in federal court, this Court has independently reviewed the basis for jurisdiction and is satisfied that jurisdiction exists under 28 U.S.C. § 1333. *See Gruver v. Lesman Fisheries, Inc.*, 489 F.3d 978, 982 (9th Cir. 2007); *Taghadomi v. United States*, 401 F.3d 1080, 1087 (9th Cir. 2005).

1