Megan A. Maitia (Bar No. 285271)
megan@summallp.com
Hayley E. Huntley (Bar No. 351438)
hayley@summallp.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117 South
Pasadena, CA 91030
Tel.: (213) 260-9455
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10,<br><br>Defendants. | Case No.: 25-cv-03650-DMG (MAAx)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Hearing Date: August 29, 2025<br>Time: 9:30 a.m.<br>Judge: Dolly M. Gee<br>Courtroom: 8C |

**PLEASE TAKE NOTICE** that on August 29, 2025 at 9:30, a.m., or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, United States District Judge, in the above-entitled Court, located at Courtroom 8C, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants Christian Combs and Sean Combs will and do move this Court for an order dismissing the Complaint filed by Plaintiff Grace O'Marcaigh on the following grounds:

1. Under Federal Rule of Civil Procedure 12(b)(2), the Court lacks personal jurisdiction over Defendant Sean Combs; and
2. Under Federal Rule of Civil Procedure 12(b)(6), Plaintiff fails to state claims for which relief can be granted for all claims against Defendants Christian Combs and Sean Combs.

This motion to dismiss is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Sean Combs, dated July 23, 2025, and the exhibits attached thereto, the pleadings and papers on file in this action, all other or further material, evidence, or argument as may be presented in connection with the hearing of the motion, and such other matters as the Court may deem just and proper.

This motion is made following a "meet and confer" between counsel that took place over the telephone on July 18, 2025, as required by Local Rule 7-3.

Dated: July 25, 2025                    SUMMA LLP

                                        _____
                                        Megan A. Maitia
                                        Hayley E. Huntley

                                        *Attorneys for Defendants*
                                        *Christian Combs and Sean Combs*