1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| GRACE O'MARCAIGH, an individual, | Case No.: 25-cv-03650-DMG (MAAx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10, | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted.  Case is dismissed.

IT IS SO ORDERED.

Dated:

HONORABLE DOLLY M. GEE
United States District Judge