# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual, | Case No. CV 25-03650-DMG (MAAx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE [19]** |
| v. | |
| CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10, | |
| Defendants. | |

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation to continue the Scheduling Conference is APPROVED. The Scheduling Conference is continued from August 20, 2025 to September 26, 2025 at 9:30 a.m. The parties' Joint Rule 26(f) Report shall be filed by September 19, 2025.

IT IS SO ORDERED.

DATED: August 7, 2025

_____
DOLLY M. GEE
Chief United States District Judge