# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10,<br><br>Defendants. | Case No. CV 25-3650-DMG (MAAx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE [23]** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Parties' Joint Stipulation to continue the hearing on Defendants' Motion to Dismiss and Scheduling Conference is **APPROVED in part.** The Court modifies its schedule as follows:

Motion to Dismiss Hearing:    Continued from August 29 to **September 12, 2025 at 9:30 a.m.**

The September 26, 2025 Scheduling Conference is VACATED and will be Rescheduled, if necessary, after the pleadings are at issue and Defendants have filed an Answer.

IT IS SO ORDERED.

DATED: August 19, 2025

_____
DOLLY M. GEE
Chief United States District Judge

1