Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>State Complaint Served: April 2, 2025<br><br>Notice of Removal Filed: April 24, 2025 [Dkt. 1]<br><br>Trial Date: Not yet set |

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiff Grace O'Marcaigh ("Plaintiff") and Defendants Christian Combs and Sean Combs (together, "Defendants," and collectively with Plaintiff, the "Parties") stipulate as follows:

1.    On April 4, 2024, Plaintiff filed the Initial Complaint in the Superior Court of the State of California for the County of Los Angeles, *O'Marcaigh v. Combs et al.*, Los Angeles Superior Court Case No. 24STCV08571 (the "Action").

2.    On April 24, 2025, Defendants filed a timely Notice of Removal in this Court.

3.    On July 25, 2025, Defendants moved to dismiss the Initial Complaint.

4.    On March 31, 2026, the Court partially granted the motion, dismissing all claims against Sean Combs for lack of personal jurisdiction. Plaintiff was then given permission to amend by April 21, 2026.

5.    On April 21, 2026, Plaintiff filed the First Amended Complaint ("FAC"), which again asserted claims against both Defendants. Defendants' deadline to answer, move, or otherwise respond to the FAC is May 12, 2026.

6.    On April 28, 2026, counsel for Defendants sent a letter to counsel for Plaintiff, which asserted that Sean Combs's inclusion in the Action was improper because the Court still lacked personal jurisdiction over the claims, that his inclusion violated Fed. R. Civ. P. 11, and that a sanctions motion would follow if he was not dismissed.

7.    On May 5, 2026, counsel for Plaintiff sent a reply letter to counsel for Defendants, which stated that Sean Combs would not be removed from the Action but that Plaintiff remained open to further discussions on the issue. These discussions remain ongoing.

8.    The Parties were unable to meet and confer per L.R. 7-3 by May 5 due to trial conflicts with counsel for Plaintiff.

9.    Since the Court's order on Defendants' motion to dismiss (Dkt. No. 37), Christian Combs has been seeking new counsel. This search remains ongoing.

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

10.     Lastly, one of the main counsel for Defendants recently suffered a death in the family, further necessitating an extension of the deadline to respond to the FAC.

11.     In light of the Parties' ongoing discussions regarding Sean Combs's continued inclusion in the Action, Plaintiff's inability to meet and confer, ongoing scheduling conflicts with counsel for the Parties, and Christian Combs's search for new counsel, counsel for Defendants contacted counsel for Plaintiff and obtained Plaintiff's consent to an extension of Defendants' deadline to respond to the FAC from May 12, 2026 to June 9, 2026.

12.     Good cause exists to extend Defendants' time to respond to the FAC.  An extension will give the Parties more time to discuss the propriety of Sean Combs's inclusion in the FAC, permit counsel for the Parties to attend to immediate personal and professional conflicts, and permit Christian Combs to obtain new counsel and respond to the FAC with his counsel of choice.

13.     The Parties' request is not for purposes of delay or any other improper purpose, but to move the Action forward efficiently while permitting each party to fully present their arguments to the Court.  This request is without prejudice to any defenses, contentions, and/or remedies that any party may have, all of which are hereby expressly preserved except with regard to Paragraph 14 of this joint stipulation.

14.     To the extent this joint stipulation and the Court's order thereon is not signed prior to May 12, 2026, Plaintiff agrees that she shall not argue that Defendants' response to the FAC was untimely filed or argue that Defendants should be prejudiced in any way by the filing of their response after May 12, 2026 and before June 9, 2026.

Based on these recitals, the Parties stipulate to the following modified schedule:

***

Defendants' Deadline to Answer, Move, or Otherwise Respond to the FAC:

**June 9, 2026**

SO STIPULATED.

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Dated: May 11, 2026                    SCHONBUCH HALLISSY LLP

                                       */s/ Michael Schonbuch*

                                       _____

                                       Michael Schonbuch
                                       Lilah N. Cook
                                       *Attorneys for Defendants Christian*
                                       *Combs and Sean Comb*

Dated:  May 11, 2026                   IVIE McNEILL WYATT PURCELL & DIGGS


                                        /s/ *Laura N. James*

                                       _____

                                       Rodney S. Diggs
                                       Laura N. James

                                       *Attorneys for Plaintiff Grace O'Marcaigh*

---

3

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on May 11, 2026 in Los Angeles, California.

*/s/ Michael Schonbuch*

Michael Schonbuch

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT