Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>State Complaint Served: April 2, 2025<br><br>Notice of Removal Filed: April 24, 2025 [Dkt. 1]<br><br>Trial Date: Not yet set |

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiff Grace O'Marcaigh ("Plaintiff") and Defendants Christian Combs and Sean Combs (together, "Defendants," and collectively with Plaintiff, the "Parties") stipulate as follows:

1.    On April 4, 2024, Plaintiff filed the Initial Complaint in the Superior Court of the State of California for the County of Los Angeles, *O'Marcaigh v. Combs et al.*, Los Angeles Superior Court Case No. 24STCV08571 (the "Action").

2.    On April 24, 2025, Defendants filed a timely Notice of Removal in this Court.

3.    On July 25, 2025, Defendants moved to dismiss the Initial Complaint.

4.    On March 31, 2026, the Court partially granted the motion, dismissing all claims against Sean Combs for lack of personal jurisdiction.  Plaintiff was then given permission to amend by April 21, 2026.

5.    On April 21, 2026, Plaintiff filed the First Amended Complaint ("FAC"), which again asserted claims against both Defendants.  Defendants' deadline to answer, move, or otherwise respond to the FAC was originally May 12, 2026.

6.    On May 11, 2026, the parties filed a joint stipulation to extend Defendants' deadline to respond to the FAC to June 9, 2026.

7.    The Court entered the order, *nunc pro tunc*, on May 15, 2026 (Dkt. No. 40).

8.    Counsel for the Parties were set to meet and confer earlier this week but had issues connecting.  Counsel did meet and confer and discussed the issues enumerated below with respect to the June 9, 2026 deadline.

9.    Christian Combs has been seeking new counsel.  This search remains ongoing.

10.    In light of Christian Combs's search for new counsel, counsel for Defendants contacted counsel for Plaintiff and obtained Plaintiff's consent to an extension of Defendants' deadline to respond to the FAC from June 9, 2026 to June 29, 2026.

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

11.     Good cause exists to extend Defendants' time to respond to the FAC.  An extension will give the Parties more time to discuss the propriety of Sean Combs's inclusion in the FAC and permit Christian Combs to obtain new counsel and respond to the FAC with his counsel of choice.

12.     The Parties' request is not for purposes of delay or any other improper purpose, but to move the Action forward efficiently while permitting each party to fully present their arguments to the Court.  This request is without prejudice to any defenses, contentions, and/or remedies that any party may have, all of which are hereby expressly preserved except with regard to Paragraph 13 of this joint stipulation.

13.     To the extent this joint stipulation and the Court's order thereon is not signed prior to June 9, 2026, Plaintiff agrees that she shall not argue that Defendants' response to the FAC was untimely filed or argue that Defendants should be prejudiced in any way by the filing of their response after May 12, 2026 and before June 9, 2026.

Based on these recitals, the Parties stipulate to the following modified schedule:

***

Defendants' Deadline to Answer, Move, or Otherwise Respond to the FAC:

**June 29, 2026**

SO STIPULATED.

Dated: June 4, 2026

SCHONBUCH HALLISSY LLP

*/s/ Lilah N. Cook*

_____

Michael Schonbuch
Lilah N. Cook
*Attorneys for Defendants Christian
Combs and Sean Comb*

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Dated:  June 4, 2026                    IVIE McNEILL WYATT PURCELL & DIGGS

                                         */s/ Laura N. James*

                                        _____

                                        Rodney S. Diggs
                                        Laura N. James

                                        *Attorneys for Plaintiff Grace O'Marcaigh*

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on June 4, 2026.

*/s/ Lilah N. Cook*

Lilah N. Cook

---

4

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT