

Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs*
*and Christian Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, JOHN and JANE DOES 1–10, and ABE CORPORATIONS 1–10,<br><br>    Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: September 4, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

DEFENDANTS' NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on September 4, 2026, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, Chief United States District Judge, in the above-entitled Court, located at Courtroom 8C, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants Sean Combs and Christian Combs will, and hereby do, move this Court for an order dismissing Plaintiff Grace O'Marcaigh's First Amended Complaint (Dkt. No. 38) based on the following grounds:

1. Lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) as to Sean Combs;

2. Failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6) as to Sean Combs and Christian Combs.

The Motion to Dismiss is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Lilah N. Cook, dated June 28, 2026, the pleadings and papers on file in this Action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Motion to Dismiss, and such other matters as the Court may deem just and proper.

The Motion to Dismiss is made following a "meet and confer" between counsel that took place via telephone call on June 22, 2026.

Dated:  June 29, 2026

SCHONBUCH HALLISSY LLP

/s/ Michael Schonbuch

_____
Michael Schonbuch
Lilah N. Cook

*Attorneys for Defendants Sean Combs and Christian Combs*

DEFENDANTS' NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT