Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs*
*and Christian Combs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| GRACE O'MARCAIGH,<br><br>             Plaintiff,<br><br>      v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, JOHN and JANE DOES 1-10, and ABE CORPORATIONS 1-10,<br><br>             Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: September 4, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Lilah N. Cook, declare as follows:

1.  I am an attorney duly licensed to practice before this Court and all other courts of the State of California.  I am an associate with the law firm SCHONBUCH HALLISSY LLP, attorneys of records for Defendants Sean Combs and Christian Combs (collectively "Defendants").

2.  I make this declaration in support of Mr. Combs's Motion to Dismiss the First Amended Complaint (the "FAC").  I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3.  Pursuant to L.R. 7-3, I contacted Plaintiff's counsel on June 22, 2026 to schedule a meet and confer on the anticipated Motion to Dismiss.  The meet and confer occurred via a telephone call on June 22, 2026.  During the meet and confer call, I outlined the bases for the Motion to Dismiss, including lack of personal jurisdiction, as well as the failure of the FAC to state any claims against Sean Combs.

4.  The Parties were unable to reach an agreement regarding the legal propriety of the FAC.

5.  On June 25, 2026, we learned that Christian Combs was not going to be able to secure new counsel before the deadline to respond to the FAC this Monday, June 29, 2026.

6.  Pursuant to L.R. 7-3, I contacted Plaintiff's counsel on June 27, 2026 and June 28, 2026, and we spoke via telephone call on June 29, 2026. I informed Plaintiff's counsel of this development and confirmed that the arguments in the anticipated Motion to Dismiss would be unchanged by this development.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  June 29, 2026                    */s/ Lilah N. Cook*

_____

Lilah N. Cook

1
DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT