**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE O'MARCAIGH,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHRISTIAN COMBS, an individual,<br>SEAN COMBS, an individual, JOHN<br>and JANE DOES 1–10, and ABE<br>CORPORATIONS 1–10,<br><br>                    Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**[PROPOSED] ORDER<br>GRANTING MOTION TO<br>DISMISS FIRST AMENDED<br>COMPLAINT [DKT. NO. 43]** |

1

On June 29, 2026, Defendants Sean Combs and Christian Combs moved to dismiss Plaintiff Grace O'Marcaigh's First Amended Complaint (Dkt. No. 38).

The Court, having considered Defendant's Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. All of Plaintiff's claims against Sean Combs are dismissed with prejudice; and

2. All of Plaintiff's claims against Christian Combs arising under [California law or federal maritime law] are dismissed with prejudice.

IT IS SO ORDERED.


Dated:    _____

DOLLY M. GEE

United States Chief District Judge

2