Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, JOHN and JANE DOES 1–10, and ABE CORPORATIONS 1–10,<br><br>Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**DEFENDANT SEAN COMBS'S NOTICE OF MOTION FOR SANCTIONS**<br><br>Hearing Date: September 11, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declarations of Michael N. Schonbuch and Lilah N. Cook, and [Proposed] Order] |

PLEASE TAKE NOTICE that on September 11, 2026, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, United States District Judge, in the above-entitled Court, located at Courtroom 8C, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendant Sean Combs, will, and hereby does, move this Court for an order imposing sanctions on Plaintiff and her lawyers under Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and the Court's inherent power (the "Sanctions Motion").

The Sanctions Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Michael N. Schonbuch dated June 18, 2026 and the Declaration of Lilah N. Cook dated July 20, 2026, the pleadings and papers on file in this action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Sanctions Motion, and such other matters as the Court may deem just and proper.

Dated:  July 20, 2026

SCHONBUCH HALLISSY LLP

*/s/Michael Schonbuch*

_____

Michael Schonbuch
Lilah N. Cook

*Attorneys for Defendants Sean Combs and Christian Combs*

DEFENDANT SEAN COMBS'S NOTICE OF MOTION FOR SANCTIONS