Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10,<br><br>Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**DECLARATION OF MICHAEL SCHONBUCH IN SUPPORT OF MOTION FOR SANCTIONS**<br><br>Hearing Date: September 11, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Lilah N. Cook and [Proposed] Order] |

I, Michael Schonbuch, declare as follows:

1.    I am an attorney at law duly licensed to practice before this and all courts of the State of California.  I am a partner with the Law Firm of Schonbuch

1

DECLARATION OF MICHAEL SCHONBUCH IN SUPPORT OF MOTION FOR SANCTIONS

Hallissy LLP, attorneys of record for Defendants Christian Combs and Sean Combs. I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify

2.    Following receipt of Plaintiff's First Amended Complaint ("FAC") in this matter, on April 28, 2026, I notified Plaintiff's counsel that the FAC is not sufficient to remedy the deficiencies previously identified in the Court's March 31 Order.  Attached hereto as Exhibit A is a true and correct copy of the April 28, 2026 correspondence.

3.    On May 5, 2026, Plaintiff's counsel responded, contending that the FAC alleged new facts and was proper under the March 31 Order.  Attached hereto as Exhibit B is a true and correct copy of the May 5, 2026 correspondence.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Dated:  June 18, 2026                           /s/ Michael Schonbuch

_____

Michael Schonbuch

DECLARATION OF MICHAEL SCHONBUCH IN SUPPORT OF MOTION FOR SANCTIONS