# EXHIBIT A



**SCHONBUCH HALLISSY LLP**
— TRIAL ATTORNEYS —

**Michael Schonbuch, Esq.**
Los Angeles Office
Schonbuch@SchonbuchHallissy.com
310.556.7900 Office

April 28, 2026

***Via E-Mail Only***

Rodney S. Diggs, Esq.
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
RDiggs@imwlaw.com

      *Re:*     *Grace O Marcaigh v. Christian Combs, et al.*
            Case No.   :     2:25-cv-03650-DMG-MAA
            Our File No.  :     3324.001

Dear Mr. Diggs:

We have considered your client's First Amended Complaint ("FAC") and notify you of the impropriety of that pleading and your client's continued improper attempt to assert meritless claims against Sean Combs in California.

While the FAC contends that subject-matter jurisdiction exists under 28 U.S.C. § 1332, which does not exist, even if you were to assert, alternatively or otherwise, jurisdiction under 28 U.S.C. § 1333, the Court would still not possess personal jurisdiction over Mr. Combs. The Court correctly held that neither diversity jurisdiction nor admiralty jurisdiction confers personal jurisdiction. (Dkt. No. 37 at 5 (engaging in a separate analysis of personal jurisdiction)). The Court also correctly held that the test for personal jurisdiction is the same regardless of whether diversity or admiralty jurisdiction applies. (*Id.*) And in assessing the issue, the Court determined that the initial Complaint failed to confer personal jurisdiction over Mr. Combs. (*Id.* at 5–10.)

Moreover, the FAC fails to allege any new facts that would alter the Court's prior decision regarding its lack of personal jurisdiction over Mr. Combs. Your declaration in support of the FAC (Dkt. No. 38-1) submits the same documents already before the Court, which were found insufficient to confer personal jurisdiction over Mr. Combs. (Dkt. No. 18-2; Dkt. No. 20-1; Dkt. No. 37 at 5–10.) Accordingly, your client's renewed attempt to assert

---

Los Angeles Office
11999 San Vicente Blvd., Suite 300
Los Angeles, CA 90049
310.556.7900

Orange County Office
26021 Acero
Mission Viejo, CA 92691
949.996.3306

Ventura County Office
4580 Thousand Oaks Blvd., Suite 350
Westlake Village, CA
805.702.8812

SCHONBUCHHALLISSY.COM

Rodney S. Diggs, Esq.
April 28, 2026
Page 2

claims against Mr. Combs in California contravenes the Court's decision and controlling precedent.  (Dkt. No. 37 at 5–10.)  Your filing is improper.

We urge you to reconsider the amendment and promptly withdraw it.  Any new amended complaint cannot name Mr. Combs as a defendant.  If you fail to comply with the foregoing, then we will be forced to file a motion for sanctions in accordance with the requirements of Fed. R. Civ. P. 11. Should you not promptly withdraw the amendment, please provide us with a date and time this week to meet and confer regarding the impropriety of the FAC. We look forward to hearing from you.

Cordially yours,

SCHONBUCH HALLISSY LLP

*/s/ Michael Schonbuch*

Michael Schonbuch

3324.001.a01-m&c re FAC