Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants*
*Christian Combs and Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GRACE O'MARCAIGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, and JOHN and JANE DOES 1–10 and ABC CORPORATIONS 1–10,<br><br>Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF MOTION FOR SANCTIONS**<br><br>Hearing Date: September 11, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Michael Schonbuch, and [Proposed] Order] |

1

DECLARATION OF LILAH N. COOK IN SUPPORT OF MOTION FOR SANCTIONS

I, Lilah N. Cook, declare as follows:

1.      I am an attorney at law duly licensed to practice before this and all courts of the State of California.  I am an associate with the law firm of Schonbuch Hallissy LLP, attorneys of record for Defendants Christian Combs and Sean Combs.  I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

2.      On April 28, 2026, after Plaintiff filed her First Amended Complaint ("FAC"), I transmitted a letter to Plaintiff's counsel from Michael Schonbuch, Esq., of my office, regarding the impropriety of Plaintiff's continued assertion of claims against Sean Combs, given the Court's prior ruling that it lacked personal jurisdiction over him.  This letter notified Plaintiff's counsel that a failure to promptly withdraw Plaintiff's claims against Sean Combs could result in a motion for sanctions.  A copy of this letter is attached to the Declaration of Michael Schonbuch as Exhibit A.

3.      On May 5, 2026, Plaintiff's counsel responded by letter, stating that Plaintiff disagreed with Sean Comb's position and would not be withdrawing any of Plaintiff's claims against him.  A copy of this letter is attached to the Declaration of Michael Schonbuch as Exhibit B.

4.      On June 18, 2026, pursuant to the safe harbor provision under Fed. R. Civ. P. 11(c)(1), my firm provided Sean Combs's Motion for Sanctions to Plaintiff and her counsel.  A copy of the documents served on opposing counsel is attached as Exhibit C

5.      Following the expiration of the safe harbor window, I met and conferred with Plaintiff's counsel on July 10, 2026 pursuant to L.R. 7-3 regarding the Motion for Sanctions.

DECLARATION OF LILAH N. COOK IN SUPPORT OF MOTION FOR SANCTIONS

6.    As of the date of this Declaration, Plaintiff and her counsel have refused to withdraw or otherwise amend Plaintiff's continued assertion of claims against Sean Combs.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Dated:  July 20, 2026                                          */s/ Lilah N. Cook*

_____

Lilah N. Cook

DECLARATION OF LILAH N. COOK IN SUPPORT OF MOTION FOR SANCTIONS