**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE O'MARCAIGH,<br><br>              Plaintiff,<br><br>       v.<br><br>CHRISTIAN COMBS, an individual, SEAN COMBS, an individual, JOHN and JANE DOES 1–10, and ABE CORPORATIONS 1–10,<br><br>              Defendants. | Case No. 2:25-cv-3650-DMG-MAA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS [DKT. NO. 44]** |

On July 20, 2026, Defendant Sean Combs moved for sanctions against Plaintiff Grace O'Marcaigh and her lawyers, Ivie, McNeill, Wyatt, Purcell & Diggs, under Rule 11 of the Fed. R. Civ. P., 28 U.S.C. § 1927, and the Court's inherent power.

The Court, having considered Defendant's Sanctions Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS the imposition of sanctions against Plaintiff and her lawyers under Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and the Court's inherent power in an amount to be determined by the submission of

1

declaration(s) and supporting evidence to be filed by Mr. Combs's attorneys on or before _____.

IT IS SO ORDERED.


Dated: _____

DOLLY M. GEE

United States District Judge